UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-0009 JMR/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SARA BAY COMPANY, a Minnesota Corporation; CARIBOU CORPORATION, a Minnesota Corporation; RALPH HENDRICKS, and THOMAS G. SABA,<br><br>Defendants. | ) | **CLERK'S ENTRY OF DEFAULT** |

It appearing that defendants Sara Bay Company, Caribou Corporation, Ralph Hendricks, and Thomas G. Saba are in default for failure to plead, appear or otherwise defend in this action as provided Rule 55(a) of the Federal Rules of Civil Procedure.

Now, therefore, on application of the plaintiff, acting through its attorneys of record,

DEFAULT IS HEREBY ENTERED against defendants Sara Bay Company, Caribou Corporation, Ralph Hendricks, and Thomas G. Saba this 14th day of February, 2002.

RICHARD D. SLETTEN
CLERK, UNITED STATES DISTRICT COURT

Susan E. Anderson

By: Susan E. Anderson, Division Manager

5