UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-0009 JMR/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SARA BAY COMPANY, a Minnesota Corporation; CARIBOU CORPORATION, a Minnesota Corporation; RALPH HENDRICKS, and THOMAS G. SABA,

Defendants.

**DEFAULT JUDGMENT, DECREE IN FORECLOSURE, AND ORDER OF SALE**

This matter came before the Court on the motion for default judgment filed by the plaintiff, United States of America. The Court held a hearing on May 29, 2002, and having reviewed the motion, the affidavit and materials submitted in support thereof, and the entire record of proceedings, the Court finds as follows:

**FINDINGS OF FACT & CONCLUSIONS OF LAW**

1. The Court has jurisdiction over the subject matter of this action and of the defendants.

2. Defendants Sara Bay Company, Caribou Corporation, Ralph Hendricks, and Thomas G. Saba were duly served and have failed to plead or otherwise defend in this action.

3. Upon application by the United States, on February 14, 2002, the Clerk of the Court entered default against defendants Sara Bay Company, Caribou Corporation, Ralph Hendricks, and



FILED MAY 31 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED MAY 31 2002
DEPUTY CLERK'S INITIALS

Thomas G. Saba, pursuant to Fed.R.Civ.P. 55(a) and 55(b)(1).

5. The allegations of the complaint are proven and true.

6. The United States is entitled to judgment by default for the relief prayed for in the complaint.

7. As of April 1, 2002, there was due and owing to the United States a total principal balance of $211,560.04 and interest of $142,347.33, together with additional interest from April 1, 2002, accruing at a rate of $28.9809 per day computed until the date of payment on the loans made by the Farm Service Agency to Sara Bay Company and Caribou Corporation.

8. The security interest of the United States is good, valid and subsisting liens against the real properties described in the promissory notes and mortgages.

9. The United States is entitled to the foreclosure of its promissory notes and mortgages.

10. The defendants do not have any claim or lien pertaining to said real properties and, having failed to plead or prove any such claim, they are forever barred from asserting the same hereafter, and the sixty (60) day right of redemption from the date of the foreclosure sale.

**JUDGMENT, DECREE IN FORECLOSURE, AND ORDER FOR SALE**

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered as follows:

1. Default judgment is granted against defendants Sara Bay Company, Caribou Corporation, Ralph Hendricks, and Thomas G. Saba;

2. Defendant Sara Bay owes the United States of America the principal of $211,560.04 and interest of $142,347.33, as of April 1, 2002, together with additional interest from April 1, 2002, accruing at a rate of $28.9809 per day computed as provided by the promissory notes and mortgages up to the date on which the order is entered, plus interest thereafter according to law, costs, disbursements and expenses;

3. Defendants have no further interest in the herein described real properties and the right of redemption shall be sixty (60) days from the date of the foreclosure sale;

4. The United States Marshals Service is authorized to immediately foreclose the mortgages and sell, at public auction in the manner and form prescribed by law, the subject real properties situated in the County of Aitkin, State of Minnesota, legally described as follows:

Parcel 1

> Southwest Quarter of Northeast Quarter (SW¼ of NE¼) and the Southeast Quarter (SE¼), all in Section Twenty-four (24), Township Forty-eight (48), Range Twenty-six (26);

Parcel 2

The South Half of the Northeast Quarter (S½ of NE¼); the North Half of the Southeast Quarter (N½ of SE¼); and the Southeast Quarter of the Southeast Quarter (SE¼ of SE¼), Section Thirty-one (31), Township Forty-eight (48), Range Twenty-five (25)

AND

The Southwest Quarter (SW¼); the South Half of the Northwest Quarter (S½ of NW¼); and the West Half of the Northeast Quarter (W½ of NE¼), Section Thirty-two (32), Township Forty-eight (48), Range Twenty-five (25);

5. The United States Marshals Service is authorized to apply the sale proceeds from the sale of the subject real properties as follows: 1) to the costs and expenses incurred in this action; 2) to the United States Marshals Service's costs and expenses incurred from the mortgage foreclosure action and the sale of the subject real properties; 3) to the indebtedness due and owing the plaintiff under the promissory notes and mortgages; and 4) to the extent there remains any sale proceeds, it shall be given to the Court for distribution pursuant to law; and

6. If the defendants do not redeem within the time allotted herein, which is sixty (60) days from the date of the foreclosure sale, the United States Marshal shall upon expiration of the period of redemption, execute and deliver a

Deed to the purchaser of the mortgage premises sold under such foreclosure sale or to said purchaser's successors' assigns.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 31st, 2002

JAMES M. ROSENBAUM
Chief Judge U.S. District Court

## *Featured Speakers Include:*

<u>District of Minnesota</u>

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

<u>United States Bankruptcy Court</u>

<u>District of Minnesota</u>

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office);*** **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## Seminar Registration

☐ Member $195.00
☐ Non-Member $225.00

Name ____________________
Firm/Employer ____________________
Address ____________________
____________________
Phone ____________________
E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.
Catherine A. McEnroe, Leonard, Street and Deinard
Celeste M. Shahidi, U.S. Courthouse Minneapolis Building
Susan Nolting, U.S. Department of Justice
Maureen Watz Gornik, Warren E. Burger Federal Building