UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-0009 JMR/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SARA BAY COMPANY, a Minnesota Corporation; CARIBOU CORPORATION, a Minnesota Corporation; RALPH HENDRICKS, and THOMAS G. SABA,<br><br>Defendants. | ) | **ORDER OF SALE** |

**To: The United States Marshal for the District of Minnesota**

Your are hereby commanded in pursuance of a Judgment of Foreclosure and Sale entered on May 30, 2002 by the United States District Court for the District of Minnesota, in the above-entitled case, you are hereby commanded to proceed without delay and cause to be advertised and to sell, according to the law and the said Judgment, the real property more particularly described in said Judgment (and the Farmers Home Administration mortgage that is the subject of the judgment, and to sell said property for at least the amount owned on encumbrances), including, but not limited to, the mortgage and the amount owed to the U.S. Marshal s Service for its expenses in this action, and that your proceedings regarding this sale be made known to the United States District Court for Minnesota, according to the law, and that you then have this writ.



FILED JUN 7 2002
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____

The property to be sold is legally described as follows:

Parcel 1

Southwest Quarter of Northeast Quarter (SW¼ of NE¼) and the Southeast Quarter (SE¼), all in Section Twenty-four (24), Township Forty-eight (48), Range Twenty-six (26);

Parcel 2

The South Half of the Northeast Quarter (S½ of NE¼); the North Half of the Southeast Quarter (N½ of SE¼); and the Southeast Quarter of the Southeast Quarter (SE¼ of SE¼), Section Thirty-one (31), Township Forty-eight (48), Range Twenty-five (25)

AND

The Southwest Quarter (SW¼); the South Half of the Northwest Quarter (S½ of NW¼); and the West Half of the Northeast Quarter (W½ of NE¼), Section Thirty-two (32), Township Forty-eight (48), Range Twenty-five (25);

Subject to any and all restrictions and conditions of record.

Following the sale of the subject property, you shall apply to this court for confirmation of the sale proceeding, notice of which must be mailed to each party who possesses a legal interest in the property.

This action is taken pursuant to 28 U.S.C. § 2001-2004.

Dated: June 6, 2002

JAMES M. ROSENBAUM, Chief
U.S. District Court Judge